UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EBIN NEW YORK, INC.,

*Plaintiff*

v.

GUANGZHOU YONGBANG BIOTECHNOLOGY CO. LTD. d/b/a GOIPLE; SHOPVIDI, INC.; GEORGIA ATLANTA BEAUTY SUPPLY ASSOCIATION; KAVEE TRADING LLC; OASISUSA, INC.; RICHARD CHON; and GG10, INC.,

*Defendant*

Civil Action No. 2:23-cv-03439

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Plaintiff EBIN New York, Inc., is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*[Signature]*

Signature of Attorney

Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Address

Phoenix, AZ 85004
City/State/Zip

June 23, 2023
Date

DNJ-CMECF-005 (12/1/2022)