# Exhibit A



# 24 HOUR EDGE TAMER

**Reg. No. 4,958,982**  
**Registered May 17, 2016**  
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

PARK, JOON O (REPUBLIC OF KOREA INDIVIDUAL)  
1729 AMBER GROVE LN  
COLLIERVILLE, TN 38017 AND

PARK, JOON S (UNITED STATES INDIVIDUAL)  
13 HILLCREST RD  
TENAFLY, NJ 07670

FOR: HAIR CARE PREPARATIONS; HAIR POMADES; HAIR STYLING PREPARATIONS; POMADES , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2015; IN COMMERCE 7-1-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "24 HOUR", APART FROM THE MARK AS SHOWN.

SER. NO. 86-735,142, FILED 8-24-2015.

BARBARA A. GOLD, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

Exhibit A