# Exhibit B

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.23 05:10:29 -04'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,895,302**

**Registered Nov. 08, 2022**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

EBIN NEW YORK, INC.  (NEW JERSEY CORPORATION)
506 US-46
Teterboro, NEW JERSEY 07608

CLASS 3: Hair care preparations; Hair pomades; Hair styling preparations

FIRST USE 7-1-2015; IN COMMERCE 7-1-2015

The mark consists of the words "24 HOUR" in stylized font to the left of a stylized design of a timer needle encircled by a circular arrow, all above the words "EDGE TAMER" in stylized font.

OWNER OF U.S. REG. NO. 4958982, 4964624

No claim is made to the exclusive right to use the following apart from the mark as shown: "24 HOUR"

SER. NO. 97-359,822, FILED 04-12-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Exhibit B