# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRCIT OF NEW JERSEY

| | |
|---|---|
| EBIN NEW YORK, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GUANGZHOU YONGBANG BIOTECHNOLOGY CO. LTD. d/b/a GOIPLE; SHOPVIDI, INC.; KAVEE TRADING LLC; OASISUSA, INC.; RICHARD CHON; and GG10, INC.,<br><br>      Defendants. | Civil Action No.:<br>2:23-cv-03439-MEF-JRA<br><br><br>**NOTICE OF DISMISSAL OF RICHARD CHON WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(I)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff EBIN New York, Inc., by and through its undersigned counsel, hereby dismisses Defendant Richard Chon without prejudice.

Dated: November 14, 2023     Respectfully submitted,

                       By:   */s/* John K. Kim
                       John K. Kim (NJ Bar No. 059451994)
                       **CLARK HILL PLC**
                       14850 North Scottsdale Road, Suite 500
                       Scottsdale, Arizona 85254
                       Telephone:  (480) 684-1100
                       Facsimile:  (480) 684-1199
                       Email:      jkkim@clarkhill.com
                       *Attorneys for Plaintiff EBIN New York, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2023, I caused the foregoing document to be filed electronically through the Court's ECF System and served on counsel of record via the Court's ECF System.

/s/ John K. Kim
John K. Kim
*Attorneys for Plaintiff EBIN New York, Inc.*